**Del Carmen & Mangal, P.C.**
*Attorneys & Counselors at Law*
87-87 Francis Lewis Boulevard, 2nd Floor
Queens Village, NY 11427

Tamara Del Carmen, Esq.  
*Admitted in NY and NJ  
Yovendra Mangal, Esq.  
*Admitted in NY

Telephone: (718) 464-4448  
Fax: (718) 464-0034  
Email: domlaws@gmail.com

April 22, 2008

Chambers of the Hon. Stephen C. Robinson
United States District Court
Southern District of New York
1 N. Broadway
White Plains, New York 10601

**MEMO ENDORSED**

VIA FACSIMILE: 914-390-4179

Re: Ortiz v. Hasbro, Inc., et al.
    Case No. 08 cv 2379 (SCR)

Dear Judge Robinson:

Please be advised that this office hereby respectfully requests an extension until June 27th, 2008 to submit a Scheduling Order in the above matter. The defendants in this matter have not appeared or responded to date. This case is scheduled for an Initial Case Management Conference on June 27th, 2008 at 10:00 am.

Thank you for your consideration in this matter.

Very truly yours,

*[signature]*
Yovendra Mangal

**APPLICATION GRANTED**

*Stephen C Robinson* 4/22/08

HON. STEPHEN C. ROBINSON

DATE FILED: _____