UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

ALCIRA ORTIZ, AS NATURAL MOTHER AND LEGAL
GUARDIAN OF C.C., A MINOR CHILD,

                Plaintiff,

-against-

HASBRO, INC., COSTCO, INC. and
JOHN DOES 1-15,

                Defendants.

---------------------------------------------------------X

Docket No. 08 CV 2379 (SCR)

ECF case

CONSENT STIPULATION

IT IS HEREBY STIPULATED TO AND AGREED by and between the undersigned attorneys that the defendants HASBRO, INC. and COSTCO, INC., may have up to and including June 16, 2008 to answer or move with regard to the complaint herein; and further that said defendants will not raise any jurisdictional defense.

Dated: New York, N.Y.
       May 21, 2008

_____
GERALD NEAL SWARTZ (GNS-1389)
SWARTZ LAW OFFICES
Attorneys for defendants Hasbro, Inc. and Costco, Inc.
475 Park Avenue South, 27TH floor
New York, N.Y. 10016
Tel. (212) 725-7070
Fax: 212-725-1809

USDC SDNY
DOCUMENT
ELECTR...
DO...
DATE FILED: _____

DEL CARMEN & MANGAL, P.C.

By Yovendra Mangal, Esq.
Attorneys for plaintiffs
87-87 Francis Lewis Boulevard, 2nd Floor
Queens Village, N.Y. 11427
Tel. 718-464-4448
Fax: 718-464-0034

"So Ordered"

Hon. Stephen C. Robinson, U.S.D.J.

DATED: June 4, 2008

2