UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALCIRA ORTIZ, AS NATURAL MOTHER AND
LEGAL GUARDIAN OF C.C., A MINOR CHILD,

                    Plaintiffs,                Case No. 08-CV-2379 (SCR)

         - against -                      **STIPULATION AND ORDER**
                                                  **SUBSTITUTING ATTORNEYS**
HASBRO, INC., COSTCO, INC., and JOHN
DOES 1-15,

                    Defendants.
------------------------------------------------------------X

      The undersigned hereby stipulate and consent to the substitution of the law firm of Marshall, Dennehey, Warner, Coleman & Goggin, by Jeffrey J. Imeri, Esq. as attorneys of record for Defendants HASBRO, INC. and COSTCO, INC. in the above-captioned action in place and instead of the law firm of Swartz Law Offices by Gerald Neal Swartz.

Dated: New York, New York
          June 9, 2008

                                                MARSHALL, DENNEHEY, WARNER,
                                                COLEMAN & GOGGIN

                                                By: _/s/ Jeffrey J. Imeri_
                                                    JEFFREY J. IMERI (JI 3938)

                                              *Incoming Attorneys for Defendants*
                                              HASBRO, INC. and COSTCO, INC.
                                              The Graybar Building
                                              420 Lexington Avenue, Suite 335
                                              New York, NY 10170
                                              (212) 878-1700

SWARTZ LAW OFFICES

By: _____
Gerald Neal Swartz (GNS 1389)

*Outgoing Attorneys for Defendants*
HASBRO, INC. and COSTCO, INC.
475 Park Avenue South, 27th Fl.
New York, NY 10016
(212) 725-7070

**SO ORDERED:**

_____
Hon. Stephen C. Robinson, U.S.D.J.

2

MARSHALL DENNEHEY    Fax:2128781701    Jun 9 2008 10:48    P.04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALCIRA ORTIZ, AS NATURAL MOTHER AND
LEGAL GUARDIAN OF C.C., A MINOR CHILD,

                       Plaintiffs,                    Case No. 08-CV-2379 (SCR)

     - against –                          **CONSENT TO CHANGE**
                                                        **ATTORNEYS**

HASBRO, INC., COSTCO, INC., and JOHN
DOES 1-15,

                       Defendants.
-----------------------------------------------------------------X

      It is hereby consented that the law firm of Marshall, Dennehey, Warner, Coleman & Goggin, by Jeffrey J. Imeri, Esq., be substituted as attorneys of record for the Defendants HASBRO, INC. and COSTCO, INC. in the above-captioned action in place and instead of the law firm Swartz Law Offices by Gerald Neal Swartz., Esq.

Dated: New York, New York
        June 9, 2008

                                                  HASBRO, INC.

                                                  By: _____

Sworn to before me this

_____ day of June, 2008.

_____
Notary Public

COSTCO, INC.

By: _____

Sworn to before me this

11th day of June, 2008.

_____
Notary Public

[Notary seal: ANDREA WITTFIELD, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 1-29-09]

2