UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALCIRA ORTIZ, AS NATURAL MOTHER AND
LEGAL GUARDIAN OF C.C., A MINOR CHILD,

                    Plaintiffs,                 Case No. 08-CV-2379 (SCR)

        - against -                **NOTICE OF MOTION TO
                                        DISMISS PURSUANT
                                        <u>TO RULE 12(b)(6)</u>**

HASBRO, INC., COSTCO, INC., and JOHN
DOES 1-15,

                    Defendants.
-------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that upon the annexed Declaration of Jeffrey J. Imeri, Esq.,

dated June 9, 2008, the undersigned attorneys for defendants Hasbro, Inc. and Costco, Inc. will

move this Court, on August 18, 2008,  before the Honorable Stephen C. Robinson, United States

District Court Judge, at the United States District Courthouse for the Southern District of New

York, 300 Quarropas Street, White Plains, New York 10601, for an Order, pursuant to Rule

12(b)(6) of the Federal Rules of Civil Procedure: (1) dismissing the Complaint's cause of action

for punitive damages, (2) dismissing the Complaint's claims for punitive damages against

Hasbro, Inc. and Costco, Inc. and (3) for such further and/or other relief as the Court may deem

proper in the circumstances.

    Pursuant to the Individual Rules of the Honorable Stephen C. Robinson, the undersigned

counsel for Hasbro and Costco has conferred with Plaintiffs' counsel and a proposed briefing

schedule has been submitted to the Court which provides that opposing affidavits, declarations

and/or answering memoranda of law, if any, shall be served and electronically filed by July 14,

2008.  Reply affidavits, declarations and/or memoranda of law, if any, shall be served and

electronically filed by August 4, 2008.


Dated: New York, New York
       June 16, 2008

                               Respectfully submitted,

                               MARSHALL, DENNEHEY, WARNER,
                               COLEMAN & GOGGIN


By: _____
                               Jeffrey J. Imeri (JI 3938)
                               Attorneys for Defendants
                               Hasbro, Inc. and Costco, Inc.
                               The Graybar Building
                               420 Lexington Avenue, Suite 335
                               New York, New York 10170
                               (212) 878-1700


TO:

       Yovendra Mangal, Esq.
       Del Carmen & Mangal, P.C.
       Attorneys for Plaintiffs
       87-87 Francis Lewis Boulevard, 2nd Floor
       Queens Village, NY 11427
       (718) 464-4443