UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALCIRA ORTIZ, AS NATURAL MOTHER AND
LEGAL GUARDIAN OF C.C., A MINOR CHILD,

                        Plaintiffs,                   Case No. 08-CV-2379 (SCR)

        - against –                           **AFFIDAVIT OF SERVICE**

HASBRO, INC., COSTCO, INC., and JOHN
DOES 1-15,
                        Defendants.
------------------------------------------------------------X

STATE OF NEW YORK    )
                                   )ss.:
COUNTY OF NEW YORK  )

       Mari-Ann B. Brownell, being duly sworn, deposes and says:

       I am not a party to the within action, am over 18 years of age, am employed by Marshall, Dennehey, Warner, Coleman & Goggin, The Graybar Building, 420 Lexington Avenue, Suite 335, New York, New York 10170 and reside in Ocean County, New Jersey.

       On **June 16, 2008**, I served a true copy of the within NOTICE OF MOTION, DECLARATION OF JEFFREY J. IMERI and MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS HASBRO, INC.'S AND COSTCO, INC.'S MOTION TO DISMISS THE COMPLAINT'S PUNITIVE DAMAGES CLAIMS in the following manner:

       By mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service, within the State of New York, addressed to the last-known address of the attorney(s) / adressee(s) indicated below:

DEL CARMEN & MANGAL, P.C.
Attorneys for Plaintiffs
87-87 Francis Lewis Boulevard, 2nd Fl.
Queens Village, NY 11427

                                                              Mari-Ann B. Brownell

Sworn to before me this
16th day of June, 2008.

Notary Public

**JEFF IMERI**
Notary Public, State of New York
No. 02IM6143321
Qualified in Suffolk County
Commission Expires April 03, 2010