A REGIONAL DEFENSE LITIGATION LAW FIRM

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION       www.marshalldennehey.com

PENNSYLVANIA — Bethlehem, Doylestown, Erie, Harrisburg, King of Prussia, Philadelphia, Pittsburgh, Scranton, Williamsport
NEW JERSEY — Cherry Hill, Roseland
DELAWARE — Wilmington
OHIO — Akron
FLORIDA — Ft. Lauderdale, Jacksonville, Orlando, Tampa
NEW YORK — New York

420 Lexington Avenue, Suite 335, New York, NY 10170
(212) 878-1700

E-Mail: jjimeri@mdwcg.com



June 16, 2008

*Via Fax No. (914) 390-4179*
Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, NY 10601

**MEMO ENDORSED**

Re:   Ortiz v. Hasbro, Inc., et al.
      Case No.: 08-CV-2379 (SCR)
      Our File:   14180-05309

Your Honor:

We represent defendants Hasbro and Costco in this action. We have attempted all afternoon to electronically file our motion to dismiss plaintiffs' punitive damages claims but the ECF system has not allowed us to do so. I spoke with Dan Davanzo at the ECF help desk but he could not figure out the problem. We are therefore faxing our motion papers to the plaintiffs' counsel via this fax and respectfully request that Your Honor allow us to file our motion papers with the Clerk of the Court along with a courtesy copy to Your Honor.

Respectfully Submitted,

Jeffrey J. Imeri

JJI/mbb

cc:   *Via Fax No. (718) 464-0034*
      Yovendra Mangal, Esq.
      Del Carmen & Mangal, P.C.
      87-87 Francis Lewis Boulevard, 2nd Fl.
      Queens Village, NY 11427
      (With enclosed motion papers)

**APPLICATION GRANTED**
Stephen C. Robinson
HON. STEPHEN C. ROBINSION
6/19/08

DOCUMENT ELECTRONICALLY FILED
DOC #:
DATE FILED: