UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALCIRA ORTIZ, AS NATURAL MOTHER AND
LEGAL GUARDIAN OF C.C., A MINOR CHILD,

                Plaintiffs,                Case No. 08-CV-2379 (SCR)

     - against –

HASBRO, INC., COSTCO, INC., and JOHN
DOES 1-15,

                Defendants:
-------------------------------------------------------------X

**STIPULATION AND ORDER
SUBSTITUTING ATTORNEYS**

The undersigned hereby stipulate and consent to the substitution of the law firm of

Marshall, Dennehey, Warner, Coleman & Goggin, by Jeffrey J. Imeri, Esq. as attorneys of record

for Defendants HASBRO, INC. and COSTCO, INC. in the above-captioned action in place and

instead of the law firm of Swartz Law Offices by Gerald Neal Swartz.

Dated: New York, New York
      June 9, 2008

                    MARSHALL, DENNEHEY, WARNER,
                    COLEMAN & GOGGIN

                    By: _____
                        JEFFREY J. IMERI (JI 3938)

                    *Incoming Attorneys for Defendants*
                    HASBRO, INC. and COSTCO, INC.
                    The Graybar Building
                    420 Lexington Avenue, Suite 335
                    New York, NY 10170
                    (212) 878-1700

SWARTZ LAW OFFICES

By: _____
        Gerald Neal Swartz (GNS 1389)

*Outgoing Attorneys for Defendants*
HASBRO, INC. and COSTCO, INC.
475 Park Avenue South, 27th Fl.
New York, NY 10016
(212) 725-7070

**SO ORDERED:**

_____
Hon. Stephen C. Robinson, U.S.D.J.
7/1/08

2