UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ALCIRA ORTIZ, AS NATURAL MOTHER AND
LEGAL GUARDIAN OF C.C., A MINOR CHILD,

                    Plaintiffs,                Case No. 08-CV-2379 (SCR)

     - against –

                                              **STIPULATION AND ORDER**

HASBRO, INC., COSTCO, INC., and JOHN
DOES 1-15,

                    Defendants.
----------------------------------------X

     The undersigned counsel for the plaintiffs and counsel for defendants Hasbro, Inc. and Costco, Inc. have conferred regarding said defendants' recently filed motion to dismiss the complaint's allegations relating to punitive damages pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The undersigned counsel hereby agree and stipulate as follows:

     1. Plaintiffs hereby voluntarily dismiss all claims in the complaint relating in any way to punitive damages, including but not limited to the complaint's cause of action for punitive damages and all demands and/or prayers for relief relating to punitive and/or exemplary damages against the defendants. Dismissal of said claims is without prejudice to the plaintiffs' right to move to reinstate said claims pursuant to the Federal Rules of Civil Procedure.

     2. In light of plaintiffs' agreement to withdraw all of their punitive damages claims, Defendants Hasbro, Inc. and Costco, Inc. hereby withdraw their recently filed motion to dismiss



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #

the Complaint's allegations relating to punitive damages pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

3. Defendants Hasbro, Inc. and Costco, Inc. shall have twenty (20) days from the date this Stipulation is fully executed and so ordered by the Court to serve their Answer to the Complaint in this action.

Dated: New York, New York
       July 18, 2008

                              MARSHALL, DENNEHEY, WARNER,
                              COLEMAN & GOGGIN

By: _____
    Jeffrey J. Imeri (JI 3938)

Attorneys for Defendants
HASBRO, INC. and COSTCO, INC.
The Graybar Building
420 Lexington Avenue, Suite 335
New York, NY 10170
(212) 878-1700


                              DEL CARMEN & MANGAL, P.C.

By: _____
    Yovendra Mangal (YM 5682)

Attorneys for Plaintiffs
87-87 Francis Lewis Boulevard, 2nd Fl.
Queens Village, NY 11427
(718) 464-4448

SO ORDERED:

*[signature]*

Hon. Stephen C. Robinson, U.S.D.J.

Dated: Aug. 4, 2008

MARSHALL DENNEHEY    Fax:2128781701    Jul 18 2008 12:44    P.05
MARSHALL DENNEHEY    Fax:2128781701    Jul 21 2008 15:48    P.06